No. 00–5792 (00A163). IN RE GIBBS, *ante*, p. 1292. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied.

AUGUST 25, 2000

No. 99–1948. STEINHAUSER *v.* HAWKINS. Certiorari dismissed under this Court's Rule 46.1.

No. 00–5920 (00A176). HAUSER, BY HIS NEXT FRIENDS, CRAWFORD ET AL. *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari dismissed. JUSTICE STEVENS would grant the application for stay of execution.

AUGUST 28, 2000

No. D–2157. IN RE DISBARMENT OF BAKER. Disbarment entered. [For earlier order herein, see 529 U. S. 1085.]

No. D–2160. IN RE DISBARMENT OF TIERNEY. Disbarment entered. [For earlier order herein, see 529 U. S. 1127.]

No. D–2162. IN RE DISBARMENT OF MURCHISON. Disbarment entered. [For earlier order herein, see 529 U. S. 1127.]

No. D–2168. IN RE DISBARMENT OF BROOKS. Disbarment entered. [For earlier order herein, see *ante*, p. 1258.]

No. D–2170. IN RE DISBARMENT OF ESPER. Disbarment entered. [For earlier order herein, see *ante*, p. 1258.]

No. D–2171. IN RE DISBARMENT OF BURNETT. Disbarment entered. [For earlier order herein, see *ante*, p. 1258.]

No. D–2172. IN RE DISBARMENT OF SILVER. Disbarment entered. [For earlier order herein, see *ante*, p. 1258.]